1  Jeffrey R. Olson, # 120945                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   Centre Plaza Office Tower
3  1150 Ninth Street, Suite 1200
   Modesto, CA  95354
4  Telephone:    (209) 524-1100
   Facsimile:    (209) 524-1188
5
   Attorneys for Defendants
6  Ripon Unified School District, Leo Zuber, Carla
   Travaille, Larry Stewart, David Whithycombe, Frank
7  Ferral, Claudia Nepote, San Joaquin County Office of
   Education, and Punkin Legris
8
                       UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT
10

11

12  W.N., a minor, by and through his parents,     Case No.  2:07-CV-00166-GEB-EFB
    S.N. and J.N., and S.N. and J.N.,
    individually,                                  **STIPULATION EXTENDING TIME TO**
13                                                 **ANSWER COMPLAINT; [PROPOSED]**
                                                   **ORDER THEREON (Local Rule 6-144(a))**
14                    Plaintiffs,

15  v.

16  RIPON UNIFIED SCHOOL DISTRICT,
    and LEO ZUBER, individually and in his
17  official capacity as superintendent for
    RIPON UNIFIED SCHOOL DISTRICT,
    and RIPON UNIFIED SCHOOL BOARD
18  MEMBERS:  CARLA TRAVAILLE,
    LARRY STEWART, DAVID
19  WHITHYCOMBE, FRANK FERRAL, and
    CLAUDIA NEPOTE, each in his or her
20  official capacity as a member of the Ripon
    Unified School District Board, and SAN
21  JOAQUIN COUNTY OFFICE OF
    EDUCATION and STONE SOUP CHILD
22  CARE PROGRAMS and PUNKIN
    LEGRIS, Manager of the Ripon School
23  District Stone Soup Program in her official
    capacity,
24
                      Defendants.
25

26      NOW COMES Plaintiffs, W.N. S.N., and J.N., by and through their counsel, Tamara L.

27  Loughrey, Jeffrey R. Olson of McCormick, Barstow, Sheppard, Wayte & Carruth, counsel for

28  Defendants, RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CARLA TRAVAILLE,

48525/00046-1075714.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

1   LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE,

2   SAN JOAQUIN COUNTY OFFICE OF EDUCATION, AND PUNKIN LEGRIS, and Timothy

3   M. Blaine of Porter, Scott, Weiberg & Delehant, counsel for Defendant, STONE SOUP CHILD

4   CARE PROGRAMS, in this action.  This is the second request for an extension to respond to the

5   complaint by Defendants, RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CARLA

6   TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, CLAUDIA

7   NEPOTE, SAN JOAQUIN COUNTY OFFICE OF EDUCATION, AND PUNKIN LEGRIS.

8   These Defendants were granted an extension of 30 days past the time to file a responsive

9   pleading, from February 19, 2007 to March 22, 2007.  (See Document No. 13 filed in this case.)

10  These Defendants now seek approval of the Court for this second extension to file an answer only

11  to the complaint based upon the grounds set forth in the Declaration of Jeffrey R. Olson to follow

12  here.

13          **IT IS SO STIPULATED**.

14  Dated: March 22, 2007                    LAW OFFICES OF TAMARA L. LOUGHREY
                                                          AND CHRISTOPHER IDE-DON
15

16

17                                          By:_____/s/Tamara L. Loughrey_____
                                                          Tamara L. Loughrey
18                                                        State Bar No. 227001
                                              Attorneys for Plaintiffs, W.N., S.N., and J.N.
19

20

21

22  Dated: March 22, 2007                    PORTER, SCOTT, WEIBERG & DELEHANT

23

24                                          By:_____/s/ Timothy M. Blaine_____
                                                          Timothy M. Blaine
25                                                        State Bar No. 124176
                                              Attorneys for Defendant Stone Soup Child
26                                                        Care Programs

27

28  . . .

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

48525/00046-1075714.v1                                 2

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB

1    Dated: March 22, 2007                        McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP
2

3

4                                            By:_____/s/ Jeffrey R. Olson_____
                                                        Jeffrey R. Olson
                                                     Attorneys for Defendants
5                                            Ripon Unified School District, Leo Zuber,
                                             Carla Travaille, Larry Stewart, David
6                                            Whithycombe, Frank Ferral, Claudia
                                             Nepote, San Joaquin County Office of
7                                              Education, and Punkin Legris

8

9

10                        **<u>DECLARATION OF JEFFREY R. OLSON</u>**

11          I, JEFFREY R. OLSON, declare:

12          1.      I am an attorney at law duly admitted to practice before all the courts of the State

13   of California, and a partner of McCormick, Barstow, Sheppard, Wayte & Carruth.

14          2.      I was not notified until March 19, 2007 by the claims administrator for

15   Defendants, RIPON UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE

16   OF EDUCATION, that I would be representing each of the following Defendants in this action:

17   RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CARLA TRAVAILLE, LARRY

18   STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE, SAN

19   JOAQUIN COUNTY OFFICE OF EDUCATION, AND PUNKIN LEGRIS.  The delay in such

20   notification of representation was to resolve coverage issues.

21          3.      I, with the assistance of other attorneys in my firm, was not able to complete an

22   evaluation of the allegations in the complaint to determine what type of pleading would be filed

23   in this case for these Defendants until the afternoon of March 20, 2007.  I have determined that

24   these Defendants will file an answer to the complaint as their responsive pleading.

25          4.      My mother was hospitalized on March 21, 2007 at Memorial Hospital in Modesto

26   for a life-threatening intestinal blockage and is being scheduled for surgery sometime today.  My

27   mother faces significant health risks as she is already in very poor health.  I have not been able to

28   devote the time I had scheduled to work on this case since my mother was hospitalized yesterday

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

48525/00046-1075714.v1                              3

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB

1    morning.

2         5.      I will need time to meet with each of these individually named Defendants in order

3    to fully prepare the answer to the complaint on behalf of each of these Defendants.  I anticipate

4    that it will take me at least until April 4, 2007 in which to file an answer to the complaint on

5    behalf of each of these Defendants.

6         I declare under penalty of perjury under the laws of the State of California that this

7    Declaration was executed on March 22, 2007, at Modesto, California, and that the foregoing is

8    true and correct of my own personal knowledge

9

10                                    /s/ Jeffrey R. Olson _____
                                      JEFFREY R. OLSON

11

12

13                                    **ORDER**

14         Upon reviewing the Stipulation Extending Time to Answer the Complaint entered into by

15   and between Plaintiffs, W.N. S.N., and J.N., and Defendants, RIPON UNIFIED SCHOOL

16   DISTRICT, LEO ZUBER, CARLA TRAVAILLE, LARRY STEWART, DAVID

17   WHITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE, SAN JOAQUIN COUNTY

18   OFFICE OF EDUCATION, PUNKIN LEGRIS, and STONE SOUP CHILD CARE

19   PROGRAMS, the accompanying Declaration of Jeffrey R. Olson, and good cause appearing

20   therefore, it is hereby ORDERED as follows:

21         That Defendants, RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CARLA

22   TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, CLAUDIA

23   NEPOTE, SAN JOAQUIN COUNTY OFFICE OF EDUCATION, AND PUNKIN LEGRIS, are

24   hereby granted an extension up to and including April 4, 2007 in which to file an answer to the

25   complaint.

26   DATED:  March 22, 2007

27

28                                    _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA  95354

48525/00046-1075714.v1                              4