IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.N. a minor, by and through his parents, S.N. and J.N., and S.N. and J.N., individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>RIPON UNITED SCHOOL DISTRICT, and LEO ZUBER, individually and in his official capacity as superintendent for RIPON UNIFIED SCHOOL DISTRICT, and RIPON UNIFIED SCHOOL BOARD MEMBERS: CARLA TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, and CLAUDIA NEPOTE, each in his or her official capacity as a member of the Ripon Unified School District Board, and SAN JOAQUIN COUNTY OFFICE OF EDUCATION and STONE SOUP CHILD CARE PROGRAMS and PUNKIN LEGRIS, Manager of the Ripon School District Stone Soup Program in her official capacity,<br><br>            Defendants. | 2:07-cv-00166-GEB-EFB<br>& 2:07-cv-002673-MCE-GGH<br><br><br><br><br>**ORDER FOR CONSOLIDATION** |

1

```
 1  W.N. a minor, by and through his    )
    parents, S.N. and J.N., and S.N.    )
 2  and J.N., individually,             )
                                        )
 3                    Plaintiffs,       )
                                        )
 4         v.                           )
                                        )
 5  RIPON UNITED SCHOOL DISTRICT, and   )
    LEO ZUBER, individually and in his  )
 6  official capacity as superintendent )
    for RIPON UNIFIED SCHOOL DISTRICT,  )
 7  and CAMILLE TAYLOR, individually    )
    and in her official capacity as     )
 8  special education director for      )
    RIPON UNIFIED SCHOOL DISTRICT, and  )
 9  RIPON UNIFIED SCHOOL DISTRICT       )
    SCHOOL BOARD MEMBERS: CARLA         )
10  TRAVAILLE, LARRY STEWART, DAVID     )
    WHITHYCOMBE, FRANK FERRAL, CLAUDIA  )
11  NEPOTE, ERNIE TYHURST, and DONNA    )
    PARKS, each in his or her official  )
12  capacity as a member of the Ripon   )
    Unified School District Board,      )
13                                      )
                      Defendants.       )
14  _____)
```

On December 19, 2007, the parties filed a Stipulation in which they seek to consolidate the above-captioned cases, vacate a pending motion to consolidate, and vacate a pending hearing date only on a motion for summary judgment. In their Stipulation, the parties request the court to consolidate Action No. 2:07-cv-01173 with Action No. 2:07-cv-00166, however, the parties are erroneous in their use of action number 2:07-cv-01173 because this is not the action number for the referenced case.[1] The correct number is 2:07-cv-02673, and this case is presently assigned to another district court judge and magistrate judge. Since the action is related to my action, 2:07-cv-02673 is reassigned and shall be designated as follows: 2:07-cv-002673-GEB-EFB. The Clerk of Court

---

[1] This error was not repeated in the Notice of Related Case document filed December 21, 2007.

shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

The actions will be consolidated. Pursuant to Federal Rule of Civil Procedure 42(a), IT IS HEREBY ORDERED that the above-captioned actions are **CONSOLIDATED** for all purposes;

IT IS FURTHER ORDERED that Action No. 2:07-cv-002673-MCE-GGH shall be administratively CLOSED, and Action No. 2:07-cv-00166-GEB-EFB is hereby designated the "MASTER FILE." **Henceforth, all documents to be filed in the above-captioned actions shall make reference to and be denominated as Action No. 2:07-cv-00166-GEB-EFB only.**

IT IS FURTHER ORDERED that Plaintiffs' motions to consolidate these two actions, or in the alternative, to amend the complaint in Action No. 2:07-cv-00166-GEB-EFB, filed on December 17, 2007, with a hearing date of January 14, 2008, are deemed withdrawn.  The hearing date of January 14, 2008 for Plaintiffs' motion for summary judgment in Action No. 2:07-cv-00166-GEB-EFB, filed on December 17, 2007, is taken off calendar, and that motion is deemed withdrawn without prejudice.  A status conference is scheduled for March, 17, 2008 at 9:00 a.m.  A Joint Status Report is due fourteen days prior.

IT IS SO ORDERED.

Dated:  December 21, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge