Jeffrey R. Olson, # 120945
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:    (209) 524-1100
Facsimile:     (209) 524-1188

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
Ripon Unified School District, Leo Zuber, Camille Taylor, Carla Travaille, Larry Stewart, David Withycombe, Frank Ferral, Claudia Nepote, San Joaquin County Office of Education, Janet A. Legris, Ernie Tyhurst and Donna Parks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

W.N., et al.,

        Plaintiffs,

    v.

RIPON UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

**Case No.  2:07-CV-00166-GEB-EFB**

**STIPULATION BY ALL PARTIES THAT RIPON DEFENDANTS MAY AMEND THEIR ANSWER TO PLAINTIFF'S COMPLAINT, AND ORDER**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their respective attorneys of record as follows:

    1. All parties that have made an appearance in this action hereby agree that Defendants RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CAMILLE TAYLOR, CARLA TRAVAILLE, LARRY STEWART, DAVID WITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE, SAN JOAQUIN COUNTY OFFICE OF EDUCATION, JANET A. LEGRIS, ERNIE TYHURST, and DONNA PARKS, hereinafter refereed to as RIPON DEFENDANTS, may amend their Answer to Plaintiffs' Complaint (includes all complaints consolidated under the above referenced case number) to add a thirty-eighth affirmative defense which shall read as follows: "AS AND FOR A THIRTY-EIGHTH, SEPARATE

48525/00046-1272806.v1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB

AND DISTINCT AFFIRMATIVE DEFENSE, Defendants CARLA TRAVAILLE, LARRY STEWART, DAVID WITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE, ERNIE TYHURST and DONNA PARKS allege, without admitting any of the allegations of Plaintiffs' Complaint except those set forth herein, that as school board members they are not vicariously liable for injuries caused by the act or omission of Ripon Unified School District, pursuant to the provision of California Government Code § 820.9.

2. A copy of RIPON DEFENDANTS Proposed First-Amended Answer to the Complaint, as to affirmative defenses only, is attached as Exhibit "A" to this Stipulation. This First-Amended Answer shall have no effect on RIPON DEFENDANTS' previously filed answers that address the allegations in each of the paragraphs contained in the complaints consolidated in this action.

3. RIPON DEFENDANTS may promptly serve and file the First-Amended Answer upon the filing of this Order.

Dated: October 1, 2008

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:      /s/ Jeffrey R. Olson
Jeffrey R. Olson
Attorneys for Defendants
Ripon Unified School District, Leo Zuber, Camille Taylor, Carla Travaille, Larry Stewart, David Withycombe, Frank Ferral, Claudia Nepote, San Joaquin County Office of Education, Janet A. Legris, Ernie Tyhurst and Donna Parks

////
////
////
////
////

Dated: September 29, 2008                    LOUGHREY & WOELFEL LLP


                                             By:_____/s/Tamara L. Loughrey_____
                                                  Tamara L. Loughrey
                                                  Attorneys for Plaintiffs


Dated: September 18, 2008                    PORTER SCOTT, A PROFESSIONAL
                                                    CORPORATION


                                             By_____/s/Timothy M. Blaine_____
                                                  Timothy M. Blaine
                                                  Attorneys for Defendants
                                                  Stone Soup Child Care Programs


**ORDER**

    IT IS SO ORDERED.


Dated:  10/1/08



                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

48525/00046-1272806.v1                             3

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB