Jeffrey R. Olson, # 120945
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:   (209) 524-1100
Facsimile:   (209) 524-1188

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
Ripon Unified School District, Leo Zuber, Camille Taylor, Carla Travaille, Larry Stewart, David Withycombe, Frank Ferral, Claudia Nepote, San Joaquin County Office of Education, Janet A. Legris, Ernie Tyhurst and Donna Parks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| W.N., a minor, by and through his parents, S.N. and J.N., and S.N. and J.N., individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT, and LEO ZUBER, individually and in his official capacity as superintendent for RIPON UNIFIED SCHOOL DISTRICT, and CAMILLE TAYLOR, individually and in her official capacity as special education director for RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL BOARD MEMBERS:  CARLA TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, and CLAUDIA NEPOTE, each in his or her official capacity as a member of the Ripon  Unified School District Board, and SAN JOAQUIN COUNTY OFFICE OF EDUCATION and STONE SOUP CHILD CARE PROGRAMS; PUNKIN LEGRIS, Manager of the Ripon School District Stone Soup Program in her official capacity, ERNIE TYHURST and DONNA PARKS,<br><br>Defendants. | **Case No.  2:07-CV-00166-GEB-EFB**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION FOR VACATION OF PENDING COURT DATES AND DEADLINES; SETTING OF STATUS CONFERENCE; [PROPOSED] ORDER THEREON**<br>**[L.R.16.160, 8.3-143]** |

48525/00046-1328614.v1

NOW COMES Plaintiffs, W.N., S.N. and J.N., by and through their counsel, Tamara L. Loughrey, Jeffrey R. Olson of McCormick, Barstow, Sheppard, Wayte & Carruth, counsel for Defendants, RIPON UNIFIED SCHOOL DISTRICT, LEO ZUBER, CAMILLE TAYLOR, CARLA TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, CLAUDIA NEPOTE, SAN JOAQUIN COUNTY OFFICE OF EDUCATION, JANET A. LEGRIS, ERNIE TYHURST and DONNA PARKS, and Timothy M. Blaine of Porter Scott, counsel for Defendant, STONE SOUP CHILD CARE PROGRAMS, in this action.

This action was mediated before the Honorable Edward A. Panelli (Ret.) at JAMS San Francisco on November 21, 2008.  A settlement of the entire action was reached at the mediation conditioned on the following:

1. Approval of the terms of the settlement by this Court as W.N. is a minor;
2. Approval of the terms of the settlement by the Ripon Unified School District ("RUSD") Board of Trustees; and
3. Approval of the terms of the settlement by Northern California Regional Liability Excess Fund ("NCR"), coverage for RUSD.

The boards of RUSD and NCR will need to call special closed-board sessions to meet and consider the terms of this settlement.  The RUSD board is expected to meet the first part of next month.  The NCR board may not be able to meet until January 2009, but it is expected to meet on or before January 31, 2009.  If and once there is approval by the boards of RUSD and NCR, Plaintiffs will then proceed with a petition to this Court for approval of the terms of this settlement.

There is pending before this Court the following court dates and deadlines:

1. A motion brought by Plaintiffs to exclude expert witnesses set for hearing on December 3, 2008 at 10:00 a.m. before Magistrate Edmund F. Brennan.
2. A motion brought by Plaintiffs to quash subpoenas set for hearing on December 3, 2008 at 10:00 a.m. before Magistrate Edmund F. Brennan.
3. All discovery shall be completed by December 23, 2008.
4. The last hearing date for motions shall be February 23, 2009.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

48525/00046-1328614.v1                2

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB

5. A final pretrial conference set for April 20, 2009.

6. The trial set for July 21, 2009.

The parties hereby request that the Court vacate the above-stated court dates and deadlines to allow the parties to proceed with the three above-stated conditions in order to finalize and make binding the terms of this settlement. It is further requested the Court schedule a status conference no sooner than mid-February 2009, which may be vacated if, by that time, the petition for approval of this settlement has been filed with the Court.

IT IS SO STIPULATED.

Dated: November 24, 2008                                    LOUGHREY LAW FIRM


By:     /s/Tamara L. Loughrey
TAMARA L. LOUGHREY
Attorney for Plaintiffs
W.N., S.N. and J.N.


Dated: November 24, 2008                                    PORTER SCOTT


By:     /s/ Timothy M. Blaine
TIMOTHY M. BLAINE
Attorney for Defendant
Stone Soup Child Care Programs


Dated: November 24, 2008                                    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:     /s/Jeffrey R. Olson
Jeffrey R. Olson
Attorneys for Defendants
Ripon Unified School District, Leo Zuber, Camille Taylor, Carla Travaille, Larry Stewart, David Withycombe, Frank Ferral, Claudia Nepote, San Joaquin County Office of Education, Janet A. Legris, Ernie Tyhurst and Donna Parks

48525/00046-1328614.v1                                    3

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB

# **ORDER**

Upon review the notice of settlement and stipulation for vacation of pending court dates and deadlines, the scheduling of a status conference and good cause appearing thereto:

IT IS ORDERED that the following court dates and deadlines in this action are hereby vacated:

1. The discovery deadline of December 23, 2008.
2. The motions deadline of February 23, 2009.
3. The final pretrial conference set for April 20, 2009.
4. The trial set for July 21, 2009.

IT IS FURTHER ORDERED that a status conference is hereby scheduled for February 17, 2009 at 9:00 a.m. in Courtroom 10, before Judge Garland E. Burrell, Jr., except that if, by this date, the Plaintiffs have a petition for approval of this settlement filed and on calendar, there is no need for the parties to attend this status conference. A joint status report is to be filed fourteen days prior to the hearing.

DATED: 12/8/08

Garland E. Burrell, Jr.
United States District Judge

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

48525/00046-1328614.v1

4

W.N., ET AL. V. RIPON USD, ET AL. 2:07-CV-00166-GEB-EFB