TAMARA L. LOUGHREY, Bar No. 227001
CHRISTOPHER IDE-DON, Bar No. 239634
ROBERT WOELFEL, Bar No. 250343
JUSTIN ARNOLD, Bar No. 252030
Attorneys At Law
31 Panoramic Way, Suite 200
Walnut Creek, CA 94595
Phone: 925.935.4600
Fax: 925.935.4602

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

W.N., a minor, by and through his parents S.N. and J.N., and S.N. and J.N., individually.

Plaintiffs,

v.

RIPON UNIFIED SCHOOL DISTRICT, and LEO ZUBER, individually and in his official capacity as superintendent for RIPON UNIFIED SCHOOL DISTRICT, and RIPON UNIFIED SCHOOL DISTRICT SCHOOL BOARD MEMBERS: CARLA TRAVAILLE, LARRY STEWART, DAVID WHITHYCOMBE, FRANK FERRAL, and CLAUDIA NEPOTE, each in his or her official capacity as a member of the Ripon Unified School District Board, and SAN JOAQUIN COUNTY OFFICE OF EDUCATION and STONE SOUP CHILD CARE PROGRAMS and PUNKIN LEGRIS, Manager of the Ripon School District Stone Soup Program in her official capacity.

Defendants.

Case No. 2:07-CV-00166 GEB-EFB

**[PROPOSED] ORDER RE MOTION FOR APPOINTMENT OF GUARDIANS AD LITEM**

DATE: February 23, 2009
TIME: 9:00 a.m.
PLACE: Courtroom 10

JUDGE: Garland E. Burrell Jr.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that S.N. and J.N. shall be appointed the guardians ad litem of W.N.

IT IS SO ORDERED

Dated: 2/2/09                    Judge Garland E. Burrell Jr.

PDF created with pdfFactory trial version www.pdffactory.com