1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  W.N., a minor, by and through his  )
    parents, S.N. and J.N.; and S.N.   )    2:07-cv-00166-GEB-EFB
12  and J.N., individually,            )
                                       )    ORDER
13                    Plaintiffs,      )
                                       )
14            v.                       )
                                       )
15  RIPON UNIFIED SCHOOL DISTRICT;     )
    LEO ZUBER, Superintendent; School  )
16  Board Members: CAMILLE TAYLOR;     )
    CARLA TRAVAILLE; LARRY STEWART;    )
17  DAVID WHITHYCOMBE; FRANK FERRAL;   )
    CLAUDIA NEPOTE; SAN JOAQUIN COUNTY )
18  OFFICE OF EDUCATION; STONE SOUP    )
    CHILD CARE PROGRAMS; PUNKIN LEGRIS,)
19  Manager of the Ripon School        )
    District Stone Soup Program,in her )
20  official capacity,                 )
                                       )
21                    Defendants.      )
                                       )
22

23          On February 2, 2009, chambers received in the mail the

24  following settlement documents which the parties request be filed

25  under seal:[1] a "Settlement Agreement and Release of All Claims" and

26  the documents referenced in Court docket number 76 on page 3 of 3,

27  _____

28          [1]  The parties used the wrong action number on documents
    submitted; the correct action number is in the above caption.

                                    1

1  which was filed on January 30, 2009.  The parties request in a fully

2  executed "Memorandum of Understanding," which is one of the documents

3  they desire to file under seal (this document is virtually the same as

4  the document filed on January 23, 2009, which is docket number 69,

5  except for the inclusion of an $185,000 approximation value for the

6  non-cash portion of the settlement), that all current dates in this

7  action be vacated.  The parties also request in their "Settlement

8  Agreement and Release of All Claims" that the action be dismissed with

9  prejudice.

10  The parties' settlement is approved; therefore, this action

11  is dismissed with prejudice, and the hearing scheduled for February

12  23, 2009, is vacated.

13  The Clerk of the Court shall return the documents that

14  Plaintiffs' counsel requested be filed under seal to Plaintiffs'

15  counsel, since it is unclear why the documents need to be filed.

16  Since the parties state in the "Settlement Agreement and Release of

17  All Claims" document that the settlement agreement is "enforceable in

18  any court of competent jurisdiction," sufficient reason has not been

19  provided for the documents to be filed under seal.

20  Dated:  February 4, 2009

21

22  _____
    GARLAND E. BURRELL, JR.
23  United States District Judge

24

25

26

27

28

2